IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DOMONIC L. HARRIS,<br><br>             Defendant. | **4:17CR3118**<br><br>**ORDER** |

The court has previously ordered that the deadlines in this case will not be further extended absent a substantial showing of good cause. Defendant's pending motion to continue, (Filing No. 17), fails to provide that showing.

IT IS ORDERED that Defendant's motion to continue the pretrial motion deadline, (Filing No. 17), is denied.

December 8, 2017.

                                            BY THE COURT:

                                            <u>*s/ Cheryl R. Zwart*</u>
                                            United States Magistrate Judge